

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-21-00573-CR

Richard Dino **GONZALES,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17670
Honorable Rex Emerson, Judge Presiding

# O R D E R

After consideration, we **GRANT** appellant's Second Motion for Extension of Time to File Appellant's Brief. Appellant's brief is due **on or before April 8, 2022.** Further extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court